IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DANIEL LEWIS BENNETT,** | : | |
| Petitioner, | : | CA 09-0827-CG-C |
| vs. | : | |
| **UNITED STATES OF AMERICA,** | : | CR 07-0237-CG |
| Respondent. | | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 20, 2010, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 18th day of February, 2010.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE