### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

**DANIEL LEWIS BENNETT,**         :

    **Petitioner,**                :   CA 09-0827-CG-C

**vs.**                                      :   CR 07-0237-CG

**UNITED STATES OF AMERICA,**     :

    **Respondent.**

## JUDGMENT

In accordance with the order entered on this date, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that this case be **DISMISSED**

and that a certificate of appealability be accordingly **DENIED**.

**DONE and ORDERED** this 18th day of February, 2010.


      /s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**